UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KATRINA HEITMEYER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:10CV1844 HEA |
| CENTRAL HAULING COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Motions to Remand, [Doc. No.'s 10 and 11]. The parties agree that the amount in controversy in this matter is not in excess of $75,000., and thus, the Court lacks subject matter jurisdiction under the provisions of 28 U.S.C. § 1332. The motions to remand are therefore well taken.

Accordingly,

**IT IS HEREBY ORDERED** that the Motions to Remand, [Doc. No.'s 10 and 11], are granted.

**IT IS FURTHER ORDERED** that this matter is remanded to the Circuit Court for the City of St. Louis, Missouri.

Dated this 2nd day of November, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE